Signed and Filed: December 21, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>VASILIKI SERVETA,<br><br>        Debtor. | ) Bankruptcy Case<br>) No. 20-30838-DM<br>)<br>) Chapter 7<br>)<br>)<br>) |

**ORDER REGARDING TRUSTEE'S REQUEST FOR CASE NOT TO BE DISMISSED**

On October 22, 2020, Debtor filed the above-captioned bankruptcy case. On October 22, 2020, the court entered an order ("Documents Order") (Dkt. No. 4) requiring Debtor to file required documents within 14 days or the case would be dismissed. On November 4, 2020, Debtor requested an extension of time to file the required documents, and an extension of November 18, 2020 was granted. On November 16, 2020, the Chapter 7 Trustee filed a request that case not be dismissed ("Request") (Dkt. No. 10).

The court notes that the documents identified in the Document Order are past due beyond the extended deadline; however, given the Chapter 7 Trustee's Request, this case shall remain open for another thirty days, through **January 20, 2021**.

-1-

If the Chapter 7 Trustee wishes for more time, she must file a new request with an explanation of why and how she proposes dealing with the absence of schedules, statements and other necessary documents.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

Vasiliki Serveta
3305 Folsom Street
San Francisco, CA 94110