# Notice Recipients

District/Off: 0971–3  User: lparada  Date Created: 12/21/2020
Case: 20–30838  Form ID: pdfeoc  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  Vasiliki Serveta  3305 Folsom Street  San Francisco, CA 94110

TOTAL: 1